*429 OPINION.
Murdock:
Prior decisions of this Board govern this case and we sustain the contentions of the petitioner. Elizabeth J. Bray, Administratrix, 4 B. T. A. 42; Charles J. Coulter, Jr., 6 B. T. A. 426; William G. Frank, Administrator, 6 B. T. A. 1071; Dorothy Payne Whitney Straight, Executrix, 7 B. T. A. 177; Walter R. McCarthy, Executor, 9 B. T. A. 525; E. S. Heller et al., Executors, 10 B. T. A. 53; and William K. Vanderbilt et al, Executors, 11 B. T. A. 291.

Judgment will be entered wider Rule 50.